THOMAS E. QUINN, Respondent, *v.* JOHN THATCHER & SON, Appellant.

*Quinn* v. *Thatcher & Son,* 178 App. Div. 906, appeal dismissed. (Submitted May 21, 1917; decided May 25, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 20, 1917, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover on contract.

The motion was made upon the grounds that the affirmance by the Appellate Division was unanimous; that no question of law was involved; that the exceptions were frivolous and the appeal taken solely for the purpose of delay.

*William B. Carswell* for motion.

*Benjamin Reass* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

In the Matter of the Petition of HERBERT E. SISSON, as State Commissioner of Excise, Respondent, for Revocation of Liquor Tax Certificate Issued to WLADYSLAW WISNIEWSKI, Appellant.

(Submitted May 21, 1917; decided May 25, 1917.)

Motion for re-argument denied, with ten dollars costs. (See 221 N. Y. 494.)